# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DAVID ST CLAIR WILDER,

                  Plaintiff,

                                     Case No. 3:10-cv-1693-VLB

v.

NATIONAL ENTERPRISE SYSTEMS, INC.
and ASSET ACCEPTANCE, LLC,

                  Defendants.           August 25, 2011

## NOTICE OF PENDING SETTLEMENT

Defendant, Asset Acceptance, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                          Respectfully submitted,

                          Walter A. Shalvoy, Jr., ct25132
                          MAHER AND MURTHA, LLC
                          528 Clinton Avenue
                          Bridgeport, CT  06605
                          Telephone:   (203) 367-2700
                          Facsimile:   (203) 335-0589
                          wshalvoy@maherandmurtha.com

                          Attorneys for Defendant,
                          Asset Acceptance, LLC

**CERTIFICATE OF SERVICE**

I certify that on this 25th day of August 2011, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Lawrence Katz, Esq.
445 Central Avenue, Suite 201
Cedarhurst, NY 11516

Michael J. Dugan, Esq.
Kathleen F. Adams, Esq.
Litchfield Cavo LLP
40 Tower Lane, Suite 200
Avon, CT 06001

Walter A. Shalvoy, Jr.